No. 593. VOSE *v.* U. S. CITIES· CORP. Jurisdictional statement submitted February 15, 1932. Decided February 23, 1932. *Per Curiam:* The appeal herein is dismissed for the want of jurisdiction. Section 237 (a), Judicial Code, as amended by the Act of February 13, 1925 (43 Stat. 936, 937). Treating the papers whereon the appeal was allowed as a petition for writ of certiorari, as required by § 237 (c), Judicial Code as amended (43 Stat. 936, 938), certiorari is denied. *Mr. W. F. Wilson* for appellant. *Mr. James I. Phelps* for appellee.

No. 19, original. EX PARTE COLORADO. Motion submitted February 17, 1932. Decided February 23, 1932. A rule is ordered to issue requiring the respondent to show cause on or before March 14th next why leave to file the petition for writ of mandamus should not be granted. *Mr. Clarence L. Ireland* for petitioner.

No. 694. UNITED STATES *v.* SMITH. Submitted February 15, 1932. Decided February 23, 1932. The joint motion to bring up the entire record and cause is granted. The motion of the Attorney General and Solicitor General of the United States for leave to participate in the oral argument of this case is granted. *Solicitor General Thacher* submitted both motions.